# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| WAYLAND DEE KIRKLAND, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 23-05045-CV-SW-LMC |
| STEVEN C. MONTGOMERY, *et al.*, ) | |
| Defendants. ) | |

## ORDER

The Court is in receipt of a Motion Submitting Change of Address for Plaintiff Coby Joe Pearson. The motion was signed by Wayland Dee Kirkland, who indicates that he is the "Pro Se lead attorney." Plaintiff Pearson did not sign the motion. A non-lawyer may only represent himself in court, and not the rights of others. 28 U.S.C. § 1654; *Restatement (Third) of the Law Governing Lawyers* § 4 cmt. d (2000) (stating that generally "a person appearing pro se cannot represent any other person or entity, no matter how close the degree of kinship, ownership, or other relationship."). Therefore, the Motion Submitting Change of Address (Doc. #8) is denied. Plaintiff Pearson is directed to submit a change of address notification, if one is required. Any further submissions or motions must contain the signatures of all Plaintiffs joining in on the submission or motion.

**IT IS SO ORDERED.**

                                        */s/ Lajuana M. Counts*
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE